

THE BROWN LAW FIRM   450 WEST KENN
                     LAKEWOOD, NJ

Samuel Zev Brown           www.sambrow
sam@sambrownlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/9/2020

October 9, 2020

*Sent Via Email: chambersnysdmarrero@nysd.uscourts.gov*
The Honorable Victor Marrero, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    **Re:**     **BHYS Sales, Inc. v. P&R Packaging, et als**
              **Civil Action No.:  1:19-cv-11397 (VM)**

Dear Judge Marrero:

    This firm represents Defendants/Third-Party Plaintiff 123 Deals from A to Z, LLC, and Defendant Raphael Badouch in the above-referenced matter.

    There is a telephonic case management conference scheduled with Your Honor for today, October 9, 2020, at 4:00 p.m.  I respectfully request an adjournment of this conference as I am out of the office for the Jewish holiday of Sukkot.  Please be advised that counsel for Plaintiffs, Adam Engel, Esq., joins in this adjournment request.  We both have reviewed our calendars and are available on Friday, October 23, 2020, for this case management conference.

    I apologize for any inconvenience this adjournment has caused to Your Honor.  Thank you for your time and attention to this matter and we will look out for a rescheduling notice from the Court.

              Respectfully submitted,

              /s/ Samuel Z. Brown_____
              Samuel Z. Brown, Esq.

LL:ljm

cc:    Adam E. Engel, Esq. (*via email*)

---

The request is granted. The case management conference scheduled for today, October 9, 2020 is adjourned until October 23, 2020 at 11 a.m.

SO ORDERED.

10/9/2020
DATE

VICTOR MARRERO, U.S.D.J.