```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BHYS SALES INC. et al.,                 :
                                        :
                    Plaintiffs,         :
                                        :
     - against -                        :
                                        :            ORDER
P & R PACKAGING AND REFURBISHING        :            19 Civ. 11397
CORP. et al.                            :
                                        :
                    Defendants.         :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In light of the ongoing public health crisis, the status conference before the Honorable Victor Marrero on Friday, October 23, 2020 at 11:00 a.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor -marrero.

**SO ORDERED:**

Dated:   New York, New York
         23 October 2020

_____
Victor Marrero
U.S.D.J.