# THE ENGEL LAW GROUP, PLLC

280 Madison Avenue – Suite 705
New York, NY 10016

Telephone: (212) 665-8095         Email: aee@elgpllc.com         Facsimile: (888) 364-3564

October 23, 2020

**BY ECF**

Judge Victor Marrero
United States Courthouse
500 Pearl Street – Suite 1040
New York, NY 10007
ChambersNYSDMarrero@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2020

    Re:    BHYS Sales v. P&R Packaging (19-cv-11397)
              <u>Request on Consent to Extend Conference</u>

Dear Judge Marrero,

I represent the Plaintiffs BHYS Sales Inc. and PHL Commerce LLC in the above-referenced action and write today to request that the Court adjourn the conference scheduled for today for one week, to October 30, 2020, at a time set by the Court. Counsel for the sole responding Defendant, Samuel Brown, consents to this request. No other Defendants have appeared in the action. In addition, this request has been coordinated through Ms. Ferson.

Respectfully Submitted,

Adam E. Engel
*Counsel for Plaintiffs*

Cc:

**Request GRANTED.** The conference shall be held on Friday, October 30, 2020 at 11:00 a.m. The proceeding shall be a teleconference. The parties are directed to use the dial-in 888-363-4749, with access code 8392198.

**SO ORDERED.**

10/23/2020
DATE

VICTOR MARRERO, U.S.D.J.