UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BHYS SALES INC. and PHL COMMERCE LLC,  :

               Plaintiff,  :

               - against -  :      ORDER

P & R PACKAGING AND REFURBISHING  :     19-CV-11397 (VM)(KNF)
CORPORATION, EDWARD PALOMO, RAPHAEL
BALDOUCH, 123 DEALS FROM A TO Z LLC,  :
JUAN ROYAL, and R1 INTERNATIONAL, LLC.,
                                                                    :

               Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A telephonic status conference was held with counsel to the respective parties on June 23, 2021.

As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1.     all discovery, of whatever nature, be initiated so as to be completed on or before August 25, 2021; and

2.     the parties' joint pretrial order shall be submitted to the court on or before September 29, 2021. That document must conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge.

Dated:  New York, New York                 SO ORDERED:
       June 23, 2021

                                                             _____
                                                             KEVIN NATHANIEL FOX
                                                             UNITED STATES MAGISTRATE JUDGE