UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BHYS SALES INC. and PHL COMMERCE LLC,    :

                Plaintiff,    :

             - against -    :    ORDER

P & R PACKAGING AND REFURBISHING    :    19-CV-11397 (VM)(KNF)
CORPORATION, EDWARD PALOMO, RAPHAEL
BALDOUCH, 123 DEALS FROM A TO Z LLC,    :
JUAN ROYAL, and R1 INTERNATIONAL, LLC.,
                   :
              Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      By an order dated June 23, 2021, Docket Entry No.62, the parties were directed to submit their joint pretrial order to the court on or before September 29, 2021. The docket sheet maintained by the Clerk of Court for this action does not reflect that the requisite submission was made. Therefore, on or before October 8, 2021, the parties shall submit their joint pretrial order to the court. The parties are reminded that failing to comply with a court order may result in sanctions, including the harshest sanctions.

Dated:  New York, New York               SO ORDERED:
         October 1, 2021

                                                         _____
                                                         KEVIN NATHANIEL FOX
                                                        UNITED STATES MAGISTRATE JUDGE