```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
BHYS SALES INC. et al.,                         :
                                                :
                    Plaintiffs,                 :       19 Civ. 11397
                                                :
      - against -                               :       **ORDER**
                                                :
P & R PACKAGING AND REFURBISHING                :
CORP. et al.,                                   :
                                                :
                    Defendants.                 :
-----------------------------------------------------X

**VICTOR MARRERO, United States District Judge.**

On November 2, 2021, defendants 123 Deals from A to Z, LLC and Raphael Badouch ("Defendants") filed a request for a pre-motion conference concerning their anticipated motion for summary judgment. (See Dkt. No. 68.) Defendants' request (see id.), and Plaintiffs' response (see Dkt. No. 70), raise issues and arguments related to the parties' discovery conduct, despite discovery closing on August 25, 2021. (See Dkt. No. 62.)

Pursuant to the order on June 16, 2021, (see Dkt. No. 60), the Court refers the following issues raised by the parties to Magistrate Judge Fox for determination: (1) whether either party refused to provide discovery; (2) if so, whether discovery is in fact complete; and (3) how the claims alleging incomplete discovery should be resolved.

SO ORDERED:

Dated: November 10, 2021

New York, New York

_____
Victor Marrero
U.S.D.J.