UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BHYS SALES INC. and PHL COMMERCE LLC,

                Plaintiff,

- against -                          ORDER

P&R PACKAGING AND REFURBISHING      19-CV-11397 (VM)(KNF)
CORPORATION, EDWARD PALOMO, RAPHAEL
BALDOUCH, 123 DEALS FROM A TO Z LLC,
JUAN ROYAL, and R1 INTERNATIONAL, LLC.,

                Defendant.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on November 24, 2021, at 10:30 a.m. The matters raised in Docket Entry No. 71 will be addressed. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York                SO ORDERED:
         November 22, 2021

                                                                     */s/ Kevin Nathaniel Fox*
                                                                   KEVIN NATHANIEL FOX
                                                                   UNITED STATES MAGISTRATE JUDGE