UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BHYS SALES INC. and PHL COMMERCE LLC,

                                                 :

                   Plaintiff,          :

                - against -          :                ORDER

P&R PACKAGING AND REFURBISHING     :        19-CV-11397 (VM)(KNF)
CORPORATION, EDWARD PALOMO, RAPHAEL
BALDOUCH, 123 DEALS FROM A TO Z LLC,   :
JUAN ROYAL, and R1 INTERNATIONAL, LLC.,

                             :

                Defendant.      :
-------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE


       The telephone conference scheduled previously for November 24, 2021, is hereby

rescheduled to December 1, 2021, at 10:30 a.m.  The matters raised in Docket Entry No. 71 will

be addressed. All parties are directed to call (888) 557-8511 and, thereafter, enter access code

4862532.

Dated:  New York, New York             SO ORDERED:
        November 23, 2021

                                             Kevin Nathaniel Fox
                                  KEVIN NATHANIEL FOX
                                  UNITED STATES MAGISTRATE JUDGE