USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2022

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
BHYS SALES INC. et al.,                            :
                                                   :
                         Plaintiffs,               :    19 Civ. 11397
                                                   :
     - against -                                   :    ORDER
                                                   :
P & R PACKAGING AND REFURBISHING                   :
CORP. et al.,                                      :
                                                   :
                         Defendants.               :
---------------------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On January 6, 2022, defendants 123 Deals from A to Z LLC and Raphael Badouch (collectively, "Defendants") filed a motion for summary judgment. (See Dkt. No. 74.) The Clerk of the Court is directed to reject this filing because of Defendants' failure to comply with the Court's pre-motion practices.

**SO ORDERED:**

Dated: New York, New York
       07 January 2022

_____
Victor Marrero
U.S.D.J.