```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
BHYS SALES INC. et al.,                  :
                                         :
                    Plaintiffs,          :    19 Civ. 11397
                                         :
    - against -                          :    ORDER
                                         :
P & R PACKAGING AND REFURBISHING         :
CORP. et al.,                            :
                                         :
                    Defendants.          :
-----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On December 1, 2021, Magistrate Judge Fox found discovery had been completed in this matter. On January 7, 2022, the Court rejected defendants 123 Deals from A to Z LLC and Raphael Badouch's motion for summary judgment (see Dkt. No. 74) for Defendants' failure to comply with the Court's pre-motion practices. (See Dkt. No. 75.)

As of June 29, 2022, no other filings have been made in this matter. Within seven days of the date of this order, the parties are directed to submit a status update or a timeline for trial to commence in the first quarter of 2023.

**SO ORDERED:**

Dated: New York, New York
       29 June 2022

_____
Victor Marrero
U.S.D.J.