```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BHYS SALES INC. et al.,                    :
                                           :
                    Plaintiffs,            :    19 Civ. 11397
                                           :
     - against -                           :       ORDER
                                           :
P & R PACKAGING AND REFURBISHING           :
CORP. et al.,                              :
                                           :
                    Defendants.            :
------------------------------------------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On July 8, 2022, pursuant to the Court's Individual Practices, Defendants filed a letter to Plaintiffs' counsel in anticipation of moving for summary judgment. (See Dkt. No. 78-1.) Having received no recorded response from Plaintiffs, the Court hereby directs Plaintiffs to file their response on or before July 14, 2022.

**SO ORDERED:**

Dated: New York, New York
       12 July 2022

_____
Victor Marrero
U.S.D.J.